UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                          CASE NO. 3:12-bk-04125-JAF

     JESSE R. ALTMAN and
     PEGGY S. ALTMAN,

          Debtors.

_____

## SECOND MODIFIED POST-CONFIRMATION PLAN

     The Debtors, Jesse R. Altman and Peggy S. Altman, submit this Plan in accordance with the provisions of §§ 1301, et seq., United States Bankruptcy Code:

     1.     The future earnings of the Debtors are submitted to the supervision and control of the Trustee, and the Debtor shall pay to the Trustee the sum of $1,000.00 per month for months 1 through 24 and $1,715.00 per month for months 25 through 36 for a total plan period of thirty-six (36) months.

     2.     From the payments so received, the Trustee shall make disbursements as follows:

     A.     <u>Priority Claims</u>.

     1.     The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of ten percent (10%) of the amount of all payments under the Plan over the life of the Plan.

     2.     Any ad valorem property taxes which become due and payable <u>after</u> the date of filing or commencement for this case will be paid directly by the Debtor to the taxing authority on an unimpaired basis.

     3.     The Decker Law Firm, P.A. holds a priority claim for attorney's fees in the amount of $1,500.00 which shall be paid in monthly installments over the life of the Plan of $41.66. [Total Plan Payments: 35 x $41.66 + 1 x $41.90 = $1,500.00]

     B.     <u>Secured Claims</u>.

     1.     Fifth Third Bank holds a secured claim [Claim # 4] in the amount of $25,970.87 in the Debtors' 2010 Honda Pilot VIN: 5FNYF3H53AB020958 which shall be paid on a monthly basis in accordance with the terms and conditions of the security agreement in installments of $606.21.

[Total Payments: $606.21 x 36 = $21,823.56]  There will be a balance remaining after completion of the Plan.  The balance after the 36th Plan payment will be paid directly to Fifth Third Bank in monthly installments of $606.21 beginning with the 37th monthly Plan payment, and continuing thereafter until all principal and interest is paid in full.]

2. Capital One, N.A. holds a secured claim [Claim # 7] in the amount of $649.98 in the Debtors' household personal property which shall be paid in full over the life of the Plan in monthly installments amortized at the fair market rate of 6% per annum in monthly installments of $0.00 per month for months 1 through 12 and $28.81 per month for months 13 through 36. [Total Payments: $28.81 x 24 = $691.44. There will be no balance remaining after completion of the Plan.]

3. Everhome Mortgage, holds a first priority mortgage lien in the amount of $119,893.00 by virtue of that certain Mortgage recorded in Official Record Book Public Records of Bullock County, Alabama, in the Debtors' real property located at 210 Chunnenuggee Avenue, Union Springs, Alabama in Bullock County, Alabama.  The Debtors shall surrender their interest in this real property.

4. CCO Mortgage, holds a second priority mortgage lien in the amount of $28,475.00 by virtue of that certain Mortgage recorded in Official Record Book Public Records of Bullock County, Alabama, in the Debtors' real property located at 210 Chunnenuggee Avenue, Union Springs, Alabama in Bullock County, Alabama.  The Debtors shall surrender their interest in this real property.

C. Unsecured Claims.

The Trustee shall distribute all remaining sums pro rata among those unsecured creditors whose claims are timely filed and allowed, including secured creditors who have deficiency claims or whose liens have been avoided.

D. Other Provisions.

1. The Debtor rejects any executory contracts.

2. Title to all property shall vest in the Debtor upon confirmation of this Plan subject to the liens of creditors to the extent of the value of the property.  Upon successful completion of the Plan payments for secured claims which the Plan contemplates paying in full over the term of the Plan as conclusively evidenced by the filing of the Trustee's Notice of Plan Completion, the secured creditor shall execute and deliver in recordable form a satisfaction, release or discharge of its security interest or lien within ten (10) days from the date of Discharge.

3. Any creditor's claims [other than governmental units] filed after the claims bar date shall receive no distribution under this Plan unless specifically provided for above.  Governmental units shall have until 180 days from the commencement of the case to file claims, and any claims

filed after this date shall receive no distribution under this Plan unless specifically provided for above.

4. Once the Debtors successfully complete this Chapter 13 Plan and a Discharge is entered by the Court, no creditor will be allowed to add or include any late charges, penalties, default interest or attorney's fees with respect to any claim from the date of the instrument or obligation to the date of Discharge.

5. Title to all property shall vest in the Debtors upon confirmation of this Plan subject to the liens of creditors to the extent of the value of the property and as specifically provided for herein.

6. Upon successful completion of the Plan payments for secured claims which the Plan contemplates paying in full over the term of the Plan, the secured creditor shall execute and deliver in recordable form a satisfaction, release or discharge of its security interest or lien within sixty (60) days from the date of Discharge. In the event that a creditor fails to timely provide a release of lien or satisfaction of a lien or mortgage, the Debtors may pursue all available rights and remedies in state court or this bankruptcy court including the recovery of attorney's fees in accordance with §701.04, *Florida Statutes*.

7. The Debtors shall have a period of thirty (30) days following the expiration of the claims deadline, within which to object to any claim or seek valuation of any claim pursuant to §506(a), United States Bankruptcy Code. The terms of the Debtors' plan and any Order Confirming Plan shall not be *res judicata* as to any claim with respect to which the Debtors file an Objection or Motion to Value.

DATE: June 25, 2014

THE DECKER LAW FIRM, P. A.

BY      /s/ *Anthony W. Chauncey*
Anthony W. Chauncey, Esquire
Florida Bar No. 75023
320 White Avenue - Street Address
Post Office Drawer 1288 - Mailing Address
Live Oak, Florida 32064
Telephone:          (386) 364-4440
Telecopier:          (386) 364-4508
Email: anthonywchauncey@thedeckerlawfirm.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the foregoing was furnished by electronic/email notification or United States Mail, postage prepaid and first class, to Douglas W. Neway, Esquire, Chapter 13 Trustee, Post Office Box 4308, Jacksonville, Florida 32201 and those creditors and interested persons shown on the attached mailing matrix on this 25th day of June, 2014.

THE DECKER LAW FIRM, P. A.

BY        */s/ Anthony W. Chauncey*
Anthony W. Chauncey, Esquire
Florida Bar No. 75023
320 White Avenue - Street Address
Post Office Drawer 1288 - Mailing Address
Live Oak, Florida 32064
Telephone:        (386) 364-4440
Telecopier:        (386) 364-4508
Email: anthonywchauncey@thedeckerlawfirm.com
Attorneys for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:12-bk-04125-JAF<br>Middle District of Florida<br>Jacksonville<br>Wed Jun 25 16:00:25 EDT 2014 | Jesse Ray Altman<br>125 SE Quarter Horse Lane<br>Mayo, FL 32066-5807 | Peggy Sue Altman<br>125 SE Quarter Horse Lane<br>Mayo, FL 32066-5807 |
| Capital One, N.A.<br>Capital One, N.A.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | EverBank<br>Elizabeth R.Wellborn, P.A.<br>c/o Christopher P.Salamone<br>350 Jim Moran Blvd., Suite 100<br>Deerfield Beach, FL 33442-1721 | Main Street Acquisition Corp.<br>c/o Gary J. Lublin, Esquire<br>P.O. Box 3146<br>Orlando, FL 32802-3146 |
| Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 | RBS Citizens National Association<br>Shapiro, Fishman & Gach, LLP<br>4630 Woodland Corporate Blvd.<br>Suite 100<br>Tampa, FL 33614-2429 | Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE Second Avenue, Ste 1120<br>Miami, FL 33131-1605 |
| eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>TUCSON, AZ 85712-1083 | Belk/GECRB<br>P.O. Box 530940<br>Atlanta, GA 30353-0940 | CCO Mortgage<br>P.O. Box 2800<br>Glen Allen, VA 23058-2800 |
| Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Card Services<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Discover Bank -<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Card<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 | Everhome Mortgage<br>P.O. Box 2167<br>Jacksonville, Florida 32232-0004 |
| Fifth Third Bank -<br>9441 LBJ Freeway Suite 350<br>Dallas, Texas 75243-4652 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | GECRB/JC Penneys<br>P.O. Box 960090<br>Orlando, FL 32896-0090 | HSBC Card Services<br>P.O. Box 49352<br>San Jose, CA 95161-9352 |
| HSN<br>P.O. Box 659707<br>San Antonio, TX 78265-9707 | Internal Revenue Service -<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Main Street Acquisition Corp., assignee -<br>of CHASE BANK USA, N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Midland Funding LLC -<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for -<br>World Financial Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | RBS Citizens -<br>10561 Telegraph Road<br>Glenn Allen, VA 23059-4577 | RBS Citizens National Assoc.<br>c/o Christopher Giacinto<br>4630 Woodland Corporate Blvd., Ste. 100<br>Tampa, FL 33614-2429 |
| RBS Citizens National Assoc.<br>c/o Steven Powrozek<br>4630 Woodland Corp. Blvd., Ste. 100<br>Tampa, FL 33614-2429 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sam's Club<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 |
| Sears Credit Cards<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Shands Health Care<br>Patient Financial Services<br>Post Office Box 100334<br>Gainesville, Florida 32610-0334 | Suwannee County Tax Collector<br>215 Pine Avenue, Ste A<br>Live Oak FL 32064-2349 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Walmart Discover/GECRB<br>P.O. Box 960024<br>Orlando, FL 32896-0024 | Gary J Lublin +<br>Rush, Marshall, Jones & Kelly PA<br>PO Box 3146<br>Orlando, FL 32802-3146 |
| United States Trustee - JAX 13/7 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Steven G Powrozek +<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd<br>Suite 100<br>Tampa, FL 33614-2429 | Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 |
| Mariam Zaki +<br>Elizabeth R. Wellborn, P.A.<br>350 Jim Moran Blvd, Suite 100<br>Deerfield Beach, FL 33442-1721 | Anthony W. Chauncey +<br>The Decker Law Firm PA<br>Post Office Box 1288<br>Live Oak, FL 32064-1288 | Christopher Giacinto +<br>Shapiro, Fishman & Gache, LLP<br>4630 Woodland Corporate Blvd.<br>Suite 100<br>Tampa, FL 33614-2429 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Fifth Third Bank<br>P.O. Box 630778<br>Cincinnati, OH 45263-0778 | Portfolio Recovery Associates, LLC -<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jerry A. Funk<br>Jacksonville | (d)eCAST Settlement Corporation -<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712-1083 | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case |

End of Label Matrix
Mailable recipients    47
Bypassed recipients     3
Total                  50